```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

**ZACKERY KESTING,**

       **Plaintiff,**

    **vs.**                                            **Civil Action 2:09-CV-872**
                                                                       **Judge Graham**
                                                                       **Magistrate Judge King**

**TERRY COLLINS,** *et al.***,**

       **Defendants.**


<u>**ORDER**</u>

    On November 18, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that defendants' motion for summary judgment be granted and this action be dismissed.  Doc. No. 22.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

    The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The defendants' motion for summary judgment is **GRANTED**.  This action is hereby **DISMISSED.  The Clerk shall enter FINAL JUDGMENT**.


                                                   <u>S/ James L. Graham</u>
                                                   James L. Graham
                                                 United States District Judge

Date: Dec. 8, 2010